IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, and NATIVE ECOSYSTEMS COUNCIL, | CV 16–35–M–DWM |
| Plaintiffs, | ORDER |
| vs. | |
| LEANNE MARTEN, Regional Forester of Region One of the U.S. Forest Service; UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, and JACK HIRSCHY LIVESTOCK, INC. | |
| Defendants. | |

The plaintiffs and Federal Defendants having filed a joint motion to dissolve the preliminary injunction, approve settlement, and dismiss this matter with prejudice,

IT IS ORDERED that the parties supplement their motion to include a statement as to the position of Defendant Jack Hirschy Livestock, Inc.

Dated this 26th day of January, 2017.

Donald W. Molloy, District Judge
United States District Court