**FILED**

JAN 27 2017

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, and NATIVE ECOSYSTEMS COUNCIL, <br><br> Plaintiffs, <br><br> vs. <br><br> LEANNE MARTEN, Regional Forester of Region One of the U.S. Forest Service; UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, and JACK HIRSCHY LIVESTOCK, INC. <br><br> Defendants. | CV 16–35–M–DWM <br><br> ORDER |

The plaintiffs and Federal Defendants having filed a joint motion to dissolve the preliminary injunction, approve settlement, and dismiss this matter with prejudice,

IT IS ORDERED that the parties' joint motion (Doc. 65) is GRANTED. The parties' settlement agreement (Doc. 65-1) is ADOPTED and the matter is

1

DISMISSED WITH PREJUDICE. All pending deadlines are VACATED and pending motions DENIED as MOOT.

Dated this 27th day of January, 2017.

Donald W. Molloy, District Judge
United States District Court